Stephen W. Mooney, Esq.
Nevada Bar No. 9870
Rosemary Missisian, Esq.
Nevada Bar No. 8575
WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant
Alderwoods Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH PRISE and HEATHER RADY on behalf of themselves and all employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>Defendant. | No. 2:10-cv-00162-GMN-GWF<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>(Related to W.D. Pa. Civ. A. No. 06-1641, Judge Joy Flowers Conti) |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF NOTICE OF DISMISSAL WITHOUT PREJUDICE

On February 5, 2010, Defendant Alderwoods Group, Inc. filed a Motion to Enforce Court Orders Compelling Opt-In Plaintiff Michael Reno to Provide Discovery and Appear for Deposition [Doc. #1]. On February 23, 2010, this Court entered an Order re Alderwoods' Motion to Enforce Court Orders Compelling Opt-In Plaintiff Michael Reno to Provide Discovery and Appear for Deposition [Doc. #2]. Both Mr. Reno and Plaintiffs' counsel were served with a copy of the pleadings filed in this case. Neither Mr. Reno nor Plaintiffs' counsel have filed an answer or a motion for summary judgment.

Thus, pursuant to FRCP 41(a)(A)(i) and as there are no issues at this time concerning Mr.

Reno, Alderwoods Group, Inc. hereby files a Notice of Dismissal. The effect of this Notice of Dismissal shall be without prejudice in accordance with FRCP 41(a)(1)(B).

Dated January 11, 2011.

Respectfully submitted:

/s/ Rosemary Missisian
Stephen W. Mooney, Esq.
Rosemary Missisian, Esq.
WEINBERG, WHEELER, HUDGINS,
    GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant Alderwoods Group, Inc.*

## ORDER

**IT IS SO ORDERED** this 28th day of April, 2011.

_____
Gloria M. Navarro
United States District Judge